JUDGE SWAIN

08 CV 02420

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joy Hochstadt

Plaintiff,

-v-

New York City Department of Education et. al.

Defendant.

Case No.



Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Joy Hochstadt  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 3/10/08

Signature of Attorney: *Wendy M. Sta—*

Attorney Bar Code: WG1217

Form Rule7_1.pdf  SDNY Web 10/2007