Office No.
Index No. 08CV02420

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

JOY HOCHSTADT

-against-

NEW YORK CITY DEPARTMENT EDUCATION ET. AL.

## AFFIDAVIT OF SERVICE

**Personal Delivery Individual**

STATE OF NEW YORK  )
COUNTY OF NEW YORK )

**TEDDY VALCIN**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **3/28/2008**, at **10:42am**, at **Health Professions High School** 345 East 15th Street New York, NY 10003

I served the **Summons & Complaint and Judge's Order**

Upon **Donna LoPiccolo**, by delivering a true copy bearing Index # 08CV02420

to **Donna LoPiccolo**, personally.

Deponent knew the person so served to be the person described in the said documents.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: White; Hair: Black; Approx. Age: 40; Approx. Height: 5'6";
Approx. Weight: 110; Other:**

That at the time of service as aforesaid, I asked person so served or person spoken to whether he/she was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the named recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act. He/She wore ordinary civilian clothes and no military uniform.

Sworn to before me on 3/28/2008

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

TEDDY VALCIN
NYC License # - 1103442

13766

Attorney: NEW YORK STATE UNITED TEACHERS
52 BROADWAY, 9TH FLR, NEW YORK, NY 10004
Phone: (212) 533-6300

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109121)