Office No.
Index No. 08CV02420

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

**JOY HOCHSTADT**

-against-

**NEW YORK CITY DEPARTMENT EDUCATION ET. AL.**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**Byran McElderry**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **3/28/2008**, at **11:30am**, at **Louis D. Brandeis High School 145 West 84th Street New York, NY 10024**

I served the **Summons & Complaint and Judge's Order**

Upon **Robert Nissen**,

by delivering a true copy bearing Index # 08CV02420

to **Monica Auld**, Legal Clerk.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 44; Approx. Height: 5'6";**
**Approx. Weight: 145; Other:**

Sworn to before me on 3/31/2008:

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Byran McElderry
NYC License # - 869802

13762

Attorney/Client: NEW YORK STATE UNITED TEACHERS
52 BROADWAY, 9TH FLR, NEW YORK,NY 10004
Phone: (212) 533-6300

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109121)