U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Office No.
Index No. 08 CIV 2420 (LTS)

**JOY HOCHSTADT**

-against-

**NEW YORK CITY DEPARTMENT EDUCATION ET. AL.**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**Laurance Knox**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **4/2/2008**, at **9:23am**, at **Office of Corporation Counsel 100 Church Street, 4th Floor New York, NY 10007**

I served the **Cover page, United States District Court, Southern District of New York Individual Practices of Judge Laura Taylor Swain, Guidelines for Electronic Case Filing, 3rd Amended Instructions for filing an Electronic Case or Appeal, Procedures for Electronic Case Filing**

Upon **New York City Dept. of Ed. (f/k/a Board of Ed. of the City School District of the City of NY**,

by delivering a true copy bearing Index # 08 CIV 2420 (LTS)

to **Tamekia Mendes Gammon**, Legal Clerk.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 30; Approx. Height: 5'7";**
**Approx. Weight: 180; Other:**

Sworn to before me on 4/9/2008:

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Laurance Knox
NYC License # - 1167432

13925

Attorney/Client: NEW YORK STATE UNITED TEACHERS
52 BROADWAY, 9TH FLR, NEW YORK, NY 10004
Phone: (212) 533-6300

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (109239)