UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOY HOCHSTADT,

                Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK;  and
JOEL I. KLEIN, as Chancellor of the CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; Dr. ELOISE
MESSINEO, Individually and in her official capacity
as Principal of Louis D. Brandeis High School;
RICHARD WEISS, Individually and in his official
capacity as former Assistant Principal of Louis D.
Brandeis High School; ROBERT NISSEN, Individually
and in his official capacity as Assistant Principal of
Louis D. Brandeis High School; and DONNA
LOPICCOLO, Individually and in her official capacity
as Assistant Principal of Louis D. Brandeis High School,

                Defendants.

**AFFIRMATION
OF SERVICE**

---

      WENDY M. STAR, an attorney duty admitted to practice law before all the courts of the State of New York and this Court, duly affirms as follows under penalty of perjury:

      I am not a party to this action, am over 18 years of age, and reside at Brooklyn, New York.

      On April 25, 2008, I served a copy of: (1) United States, Southern District of New York Individual Practices of Judge Laura Taylor Swain, (2) Guidelines for Electronic Case Filing, (3) 3rd Amended Instructions for Filing an Electronic Case or Appeal, and (4) Procedures for Electronic Case Filing with postage prepaid thereon, in a post-office or official depository of the

U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

>Robert Nissen
>Louis D. Brandeis High School
>145 West 84th Street
>New York, NY 10024

Dated: New York, New York
April 28, 2008

*Wendy M. Star*
WENDY M. STAR