UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOY HOCHSTADT,

                    Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; and
JOEL I. KLEIN, as Chancellor of the CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; Dr. ELOISE
MESSINEO, Individually and in her official capacity
as Principal of Louis D. Brandeis High School;
RICHARD WEISS, Individually and in his official
capacity as former Assistant Principal of Louis D.
Brandeis High School; ROBERT NISSEN, Individually
and in his official capacity as Assistant Principal of
Louis D. Brandeis High School; and DONNA
LOPICCOLO, Individually and in her official capacity
as Assistant Principal of Louis D. Brandeis High School,

                    Defendants.

**AFFIRMATION
OF SERVICE**

08-CV-2420 (LTS)

---

    WENDY M. STAR, an attorney duty admitted to practice law before all the courts of the

State of New York and this Court, duly affirms as follows under penalty of perjury:

    I am not a party to this action, am over 18 years of age, and reside at Brooklyn, New

York.

    On May 27, 2008, I served a true copy of the **Amended Complaint** in the above-

captioned proceeding upon Defendants NEW YORK CITY DEPARTMENT OF EDUCATION

f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW

YORK, JOEL I. KLEIN, as Chancellor of the City School District of the City of New York,

DONNA LOPICCOLO and ELOISE MESSINEO by personally delivering two (2) copies of said

papers to Amanda Gonzales, Docketing Clerk, The City of New York Law Department, 100

Church Street, New York, NY 10007.


Dated: New York, New York
      May 28, 2008

WENDY M. STAR