UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOY HOCHSTADT,

                        Plaintiff,                      **AFFIRMATION OF SERVICE**

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION         08-CV-2420 (LTS)
f/k/a BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; and
JOEL I. KLEIN, as Chancellor of the CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; Dr. ELOISE
MESSINEO, Individually and in her official capacity
as Principal of Louis D. Brandeis High School;
RICHARD WEISS, Individually and in his official
capacity as former Assistant Principal of Louis D.
Brandeis High School; ROBERT NISSEN, Individually
and in his official capacity as Assistant Principal of
Louis D. Brandeis High School; and DONNA
LOPICCOLO, Individually and in her official capacity
as Assistant Principal of Louis D. Brandeis High School,

                        Defendants.

---

      WENDY M. STAR, an attorney duty admitted to practice law before all the courts of the State of New York and this Court, duly affirms as follows under penalty of perjury:

      I am not a party to this action, am over 18 years of age, and reside at Brooklyn, New York.

      On May 27, 2008, I served a copy of the **Amended Complaint** in the above-captioned matter with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Richard Weiss
Special Education District 75
400 1ˢᵗ Avenue
New York, NY 10010

Dated: New York, New York
      May 28, 2008

                                                                _/s/ Wendy M. Star_
                                                                WENDY M. STAR