

**nysut**
*A Union of Professionals*

**Office of General Counsel**
James R. Sandner
*General Counsel*

**Albany**
Janet Axelrod
*Associate General Counsel*

Richard E. Casagrande
*Associate General Counsel*

**New York**
Claude I. Hersh
*Assistant General Counsel*

Stuart I. Lipkind
*Associate General Counsel*

Richard A. Shane
*Associate General Counsel*

*Via Facsimile*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 0 5 2008

June 2, 2008

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 755
New York, NY 10007

Re:  <u>Hochstadt v. NYC Dep't of Education et al.</u>
     08 CV 2420 (LTS)(HBP)
     Our File No. 250804-F152

**MEMO ENDORSED**

Dear Judge Swain:

    I am an Associate Counsel in the Office of James R. Sandner, Esq., attorney for plaintiff, Joy Hochstadt, in the above referenced matter. I write on behalf of both parties to jointly request that the pre-trial conference, currently scheduled for June 20, 2008, be adjourned for three weeks, or a date thereafter at the convenience of the Court.

    This request is necessitated by developments in the case since the initial scheduling order dated March 19, 2008. On or about April 10, 2008, defendants received an extension to answer the complaint by May 30, 2008. Thereafter, plaintiff filed an Amended Complaint moving defendants' time to answer to June 6, 2008. In light of the due date of the defendants' answer, the parties require additional time to adequately prepare for the pre-trial conference and to draft and submit the preliminary pre-trial statement.

    I thank you for your kind consideration of my request. If you have any questions or concerns regarding the request, I may be contacted at (212) 533-6300.

*The conference is adjourned to July 11, 2008, at 2:45 pm.*

Very truly yours,

JAMES R. SANDNER

By: *Wendy M. Star*

Wendy M. Star
Associate Counsel

SO ORDERED.

*/s/ Laura Taylor Swain  6/4/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

WMS/dt
cc:  Damon S. Levenstien, Esq.
     Ivan A. Mendez, Esq. (By facsimile)
     Assistant Corporation Counsel

52 Broadway, 9th Floor ■ New York, N.Y. 10004 ■ (212) 533-6300
New York State United Teachers
Affiliated with ● AFT ● NEA ● AFL-CIO

