Office No.
Index No. 08CV02420

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

**JOY HOCHSTADT**

-against-

**NEW YORK CITY DEPARTMENT EDUCATION ET AL**

## AFFIDAVIT OF SERVICE

**Conspicuous Service ('Nail & Mail')**

STATE OF NEW YORK  )
COUNTY OF NEW YORK )

**AZZAM ABDERRAHMAN**, being duly sworn, deposes and says:
I am over the age of 18 years, am not party to this action, and reside in the State of New York.
That on **6/28/2008**, at **6:50pm**, at **109 Barlow Drive North Brooklyn, NY 11234**
I served the **SUMMONS & COMPLAINT AND AMENDED COMPLAINT**
Upon **ROBERT NISSEN**, by affixing a true copy bearing Index # 08CV02420
to the door of said address, that being the intended recipient's dwelling place or usual place of abode since

with due diligence, the intended recipient could not be found and 1) admittance could not be obtained upon reasonable application, or 2) a person of suitable age and discretion who would receive same could not be found.

Deponent attempted to make personal delivery of the aforementioned documents on the following dates and times:
6/28/2008  6:50pm          6/23/2008  6:20pm
6/26/2008  4:10pm          6/27/2008  7:09am

Recipient's residence was verified with Mr. Robinson, neighbor.

That on 7/1/2008, your deponent mailed another true copy of same by first class mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**109 Barlow Drive North Brooklyn, NY 11234**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient. Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or Servicemembers' Civil Relief Act.

Sworn to before me on 7/1/2008 :

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

**AZZAM ABDERRAHMAN**
NYC License # - 820996

18106

Attorney: NEW YORK STATE UNITED TEACHERS
52 BROADWAY, 9TH FLR, NEW YORK, NY 10004
Phone: (212) 533-6300

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (NCS111281)